```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

REUBEN AVENT,

                 Plaintiff,

  - against -

PROGRESSIVE CASUALTY INSURANCE COMPANY et al.,

                 Defendants.

19cv10907 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On February 11, 2020, the defendant Progressive Casualty Insurance Company filed a motion for an order revising the Court's Service Order of December 23, 2019. The plaintiff should respond to the motion by **March 6, 2020**. The defendant may then reply by **March 13, 2020**.

SO ORDERED.

Dated:    New York, New York
          February 19, 2020

                                              John G. Koeltl
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2.19.20

**Copy mailed to pro se party(ies) at docket address**