UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REUBEN AVENT,

               Plaintiff,

- against -

PROGRESSIVE CASULATY INSURANCE COMPANY et al.,

               Defendants.

19cv10907 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff's time to respond to the outstanding motions to dismiss and to revise the Court's service order is extended until **May 1, 2020**. The defendants' replies to the motion will be due on **May 15, 2020**.

SO ORDERED.

Dated: New York, New York
March 10, 2020

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3.11.20

Copy mailed to pro se party(ies) at docket address