```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------
REUBEN AVENT,

                          **Plaintiff,**

      - against -

**PROGRESSIVE CASUALTY INSURANCE COMPANY,**

                          **Defendants.**

19cv10907 (JGK)

ORDER
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The plaintiff's time to respond to the outstanding motions is extended to May 29, 2020. If there is a response, the defendants may reply by June 8, 2020. If there is no response, the Court will decide the motions on the papers already submitted, in which event the plaintiff's complaint may be dismissed and the plaintiff will have no trial. Chambers will mail a copy of this order to the _pro se_ plaintiff.

**SO ORDERED.**
**Dated:**    New York, New York
           May 15, 2020               /s/ John G. Koeltl
                                                     John G. Koeltl
                                           United States District Judge