**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────────

**REUBEN AVENT,**

                  **Plaintiff,**              19-cv-10907 (JGK)

      - against -                           <u>ORDER</u>

**PROGRESSIVE CASUALTY INSURANCE
COMPANY; STEVEN JONES; DANIELLE
BARROR; UNKNOWN COMPANY
REPRESENTATIVES,**

                  **Defendants.**
─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Court has learned that the Complaint filed on ECF on November 22, 2019 (Docket No. 2) was missing several pages. The correct document has now been filed on ECF at the same Docket No. Because the parties had already fully briefed a Motion to Dismiss, the Court is granting leave to the defendant to respond to the missing pages in any additional way by **December 10, 2020.** The plaintiff will reply within seven days of the defendants' additional filing. If the parties do not submit additional briefing by these dates, the Court will decide the pending motions on the current papers. The Chambers will mail a copy of this order to the <u>pro se</u> plaintiff.

**SO ORDERED.**

**Dated:**    **New York, New York
            December 2, 2020**         <u>   /s/ John G. Koeltl   </u>
                                                                **John G. Koeltl
                                                  United States District Judge**