**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
REUBEN AVENT,

                Plaintiffs,

-against-                          19 **CIVIL** 10907 (JGK)

**JUDGMENT**

PROGRESSIVE CASUALTY INSURANCE
COMPANY; STEVEN JONES; DANIELLE
BARROR; UNKNOWN COMPANY
REPRESENTATIVES,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 1, 2021, because the plaintiff failed to file an amended complaint within 30 days of the issuance of this Court's Opinion and Order dated January 19, 2021, this case is dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

     March 1, 2021

                                            **RUBY J. KRAJICK**

                                                   **Clerk of Court**
                       **BY:**    K. Mango

                                                   **Deputy Clerk**