**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**REUBEN AVENT,**

                **Plaintiff,**         19-cv-10907 (JGK)

     - against -                    <u>ORDER</u>

**PROGRESSIVE CASUALTY INSURANCE**
**COMPANY; STEVEN JONES; DANIELLE**
**BARROR; UNKNOWN COMPANY**
**REPRESENTATIVES,**

                **Defendants.**
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The plaintiff filed a motion pursuant to Rule 60 of the Federal Rules of Civil Procedure, requesting that the Court vacate its Order dated March 1, 2021, dismissing the case for the plaintiff's failure to file an amended complaint pursuant to the Court's instruction in the Order dated January 19, 2021. The plaintiff states that he submitted a request for an extension of time to file an amended complaint on February 14, 2021, which was not received by the Court.

    The motion is granted and the plaintiff shall file an amended complaint by April 16, 2021. If the plaintiff does not file an amended company by that date, the case will be dismissed with prejudice.

    The Clerk is directed to vacate the Court's Order dated March 1, 2021, docket no. 35, and the Clerk's judgment, docket no. 36, and reopen this case.

The Clerk is directed to close docket nos. 37 and 38.

The Clerk is directed to mail a copy of this order to the pro se plaintiff.

**SO ORDERED.**

**Dated:    New York, New York**
         **March 5, 2021**                         /s/ John G. Koeltl
                                                     **John G. Koeltl**
                                        **United States District Judge**