UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REUBEN AVENT,

          Plaintiff,

- against -

PROGRESSIVE CASUALTY INSURANCE COMPANY; STEVEN JONES; DANIELLE BARROR; UNKNOWN COMPANY REPRESENTATIVES,

          Defendants.

19-cv-10907 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

By Memorandum Opinion and Order dated January 19, 2021, the Court dismissed the plaintiff's complaint without prejudice and gave the plaintiff thirty days to file an amended complaint. Thereafter, the Court granted two extensions of time to file an amended complaint. The most recent extension dated April 20, 2021, gave the plaintiff thirty days to file an amended complaint. No amended complaint was filed. If the plaintiff fails to file an amended complaint by June 18, 2021, the federal claims will be dismissed with prejudice and the state law claims will be dismissed without prejudice. The Court will grant no further extensions.

The Clerk is directed to mail a copy of this order to the pro se plaintiff.

SO ORDERED.

Dated:   New York, New York
         May 25, 2021

_____
John G. Koeltl
United States District Judge