UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REUBEN AVENT,

          Plaintiff,

- against -

PROGRESSIVE CASUALTY INSURANCE COMPANY; STEVEN JONES; DANIELLE BARROR; UNKNOWN COMPANY REPRESENTATIVES,

          Defendants.

19-cv-10907 (JGK)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/21

JOHN G. KOELTL, District Judge:

By Memorandum Opinion and Order dated January 19, 2021, the Court dismissed the plaintiff's complaint without prejudice and gave the plaintiff thirty days to file an amended complaint. Thereafter, the Court granted two extensions of time to file an amended complaint. The most recent extension dated April 20, 2021, gave the plaintiff thirty days to file an amended complaint. No amended complaint was filed. Thereafter, the Court sue sponte granted the plaintiff another extension to file an amended complaint by June 18, 2021, but no amended complaint was filed. Accordingly, the federal claims in this action are dismissed with prejudice and the state law claims are dismissed without prejudice.

    The Clerk is directed to close this case.

    The Clerk is also directed to mail a copy of this order to the pro se plaintiff.

SO ORDERED.

Dated: New York, New York
July 7, 2021

_____
John G. Koeltl
United States District Judge